IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NASEER, *et al.*,

        Petitioners,

        v.

GEORGE W. BUSH, *et al.*,

        Respondents.

No. 06-CV-1676 (RJL)

---

## NOTICE OF DISMISSAL OF PETITION

PLEASE TAKE NOTICE THAT the petitioner in the above-captioned case, by and through his undersigned counsel, hereby dismisses his habeas corpus petition without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:    New York, New York
            November 6, 2006

        Respectfully submitted,

        Counsel for Petitioners:

        /s/ J. Wells Dixon
        Michael Ratner (Pursuant to LCvR 83.2(g))
        William Goodman (Pursuant to LCvR 83.2(g))
        Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
        J. Wells Dixon (Pursuant to LCvR 83.2(g))
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, New York 10012
        Tel:  (212) 614-6464
        Fax:  (212) 614-6499