IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| Mustapha v. Bush | ) | Case No. 05-CV-0022 (JR) |
| Does 1-570 v. Bush | ) | Case No. 05-CV-0313 (CKK) |
| Mammar v. Bush | ) | Case No. 05-CV-1233 (RJL) |
| Abdulzaher v. Bush | ) | Case No. 05-CV-1236 (RWR) |
| Altaiy v. Bush | ) | Case No. 05-CV-1240 (RJL) |
| Faraj v. Bush | ) | Case No. 05-CV-1590 (JDB) |
| El-Marqodi v. Bush | ) | Case No. 05-CV-1649 (RBW) |
| Sadkhan v. Bush | ) | Case No. 05-CV-1679 (RJL) |
| Amir v. Bush | ) | Case No. 05-CV-1724 (RMU) |
| Dad v. Bush | ) | Case No. 05-CV-2083 (JDB) |
| Ba Odah v. Bush | ) | Case No. 06-CV-1668 (HHK) |
| Iqbal v. Bush | ) | Case No. 06-CV-1674 (RMC) |
| Wasim v. Bush | ) | Case No. 06-CV-1675 (RBW) |
| Naseer v. Bush | ) | Case No. 06-CV-1676 (RJL) |
| Naseem v. Bush | ) | Case No. 06-CV-1677 (RCL) |
| Khan v. Bush | ) | Case No. 06-CV-1678 (RCL) |
| Matin v. Bush | ) | Case No. 06-CV-1679 (RMU) |
| Rahmattullah v. Bush | ) | Case No. 06-CV-1681 (JDB) |
| Ismatullah v. Bush | ) | Case No. 06-CV-1682 (RJL) |
| Yaakoobi v. Bush | ) | Case No. 06-CV-1683 (RWR) |
| Akhouzada v. Bush | ) | Case No. 06-CV-1685 (JDB) |

| | | |
|---|---|---|
| Azeemullah v. Bush | ) | Case No. 06-CV-1686 (CKK) |
| Toukh v. Bush | ) | Case No. 06-CV-1687 (ESH) |
| Iqbal v. Bush | ) | Case No. 06-CV-1688 (RMC) |
| Naseer v. Bush | ) | Case No. 06-CV-1689 (RMU) |
| Al-Shibh v. Bush | ) | Case No. 06-CV-1725 (EGS) |
| Ezatullah v. Bush | ) | Case No. 06-CV-1752 (RMC) |
| Hakmat v. Bush | ) | Case No. 06-CV-1753 (EGS) |
| Legseirein v. Bush | ) | Case No. 06-CV-1754 (GK) |
| Al Ghith v. Bush | ) | Case No. 06-CV-1757 (RJL) |
| Suliman v. Bush | ) | Case No. 06-CV-1758 (RMC) |
| Elisher v. Bush | ) | Case No. 06-CV-1759 (JDB) |
| Gul v. Bush | ) | Case No. 06-CV-1760 (RMU) |
| Abdessalam v. Bush | ) | Case No. 06-CV-1761 (ESH) |
| Lal v. Bush | ) | Case No. 06-CV-1763 (CKK) |
| Saleh v. Bush | ) | Case No. 06-CV-1765 (HHK) |
| Hentif v. Bush | ) | Case No. 06-CV-1766 (HHK) |
| Al-Maliki v. Bush | ) | Case No. 06-CV-1768 (RMW) |
| Algahtani v. Bush | ) | Case No. 06-CV-1769 (RCL) |

**ATTORNEY APPEARANCE**

    Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

| | |
|---|---|
| Dated: December 15, 2006 | Respectfully submitted, |
| | PETER D. KEISLER<br>Assistant Attorney General |
| | DOUGLAS N. LETTER<br>Terrorism Litigation Counsel |
| |     /s/ Terry M. Henry<br>JOSEPH H. HUNT (D.C. Bar No. 431134)<br>VINCENT M. GARVEY (D.C. Bar No. 127191)<br>TERRY M. HENRY<br>JAMES J. SCHWARTZ<br>ROBERT J. KATERBERG<br>NICHOLAS J. PATTERSON<br>ANDREW I. WARDEN<br>EDWARD H. WHITE<br>Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington, DC  20530<br>Tel:  (202) 514-4107<br>Fax:  (202) 616-8470 |
| | Attorneys for Respondents |