IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____ x
                                        :
NASEER, et al.,                         :
                                        :
                Petitioners,            :
                                        :
        v.                              :  No. 06-CV-1676 (RJL)
                                        :
GEORGE W. BUSH, et al.,                 :
                                        :
                Respondents.            :
                                        :
_____ x
                                        :
ISMATULLAH, et al.,                     :
                                        :
                Petitioners,            :
                                        :
        v.                              :  No. 06-CV-1682 (RJL)
                                        :
GEORGE W. BUSH, et al.,                 :
                                        :
                Respondents.            :
                                        :
_____ x
```

## STATUS REPORT

Petitioners' counsel in the above-captioned cases respectfully submit this status report in response to the Court's July 3, 2008 Order:

1.  Petitioner Nasser voluntarily withdrew his habeas petition in November 2007, *see Naseer v. Bush*, No. 06-1676 (RJL) (dkt. no. 3); and

2.  Petitioner Isamatullah consented to dismissal of his case without prejudice, which the Court ordered in January 2007, *see Isamatullah v. Bush*, No. 06-1682 (RJL) (dkt. no. 12).

Accordingly, Petitioners' counsel respectfully submit that there are no pending issues and these cases have been or may be dismissed without prejudice. Respondents do not object.

- 2 -

Dated:     New York, New York
           July 14, 2008

                                        Respectfully submitted,

                                        Counsel for Petitioners:

                                        /s/ Jonathan Wells Dixon
                                        Jonathan Wells Dixon (Pursuant to LCvR 83.2(g))
                                        CENTER FOR CONSTITUTIONAL RIGHTS
                                        666 Broadway, 7th Floor
                                        New York, New York 10012
                                        Tel:  (212) 614-6423
                                        Fax:  (212) 614-6499